# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
### CASE NO. 3:20-CV-44-RGJ

**Electronically Filed**

**KALI COATES**                                                                              **PLAINTIFF**

**v.**                 **NOTICE OF FILING OF REMOVAL<br>AND PETITION FOR REMOVAL OF STATE<br>COURT ACTION TO U.S. DISTRICT COURT**

**OFFICER TYLER GELNETT AND LOUISVILLE/JEFFERSON**        **DEFENDANTS**
**COUNTY METRO GOVERNMENT**

\* \* \* \* \* \* \* \* \* \* \*

       1.       Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Louisville/Jefferson County Metro Government, (hereinafter "Metro Government"), hereby gives notice of their removal of this action from the Jefferson Circuit Court, Civil Action No. 20-CI000087, Division Nine, to the United States District Court, Western District of Kentucky, Louisville Division.

       2.       This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (because federal questions are involved) in that the allegations set forth in the Complaint allege violations of Plaintiff's U.S. Constitutional Rights and alleged violations of the First, Fourth, Fifth, Eighty and Fourteenth Amendments to the Constitution. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the additional state law claims set forth in the Complaint.

       3.       Removal of this civil action to the U.S. District Court for the Western District of Kentucky at Louisville is proper, pursuant to 28 U.S.C. §1441(a) and (c), since this court has original jurisdiction and the Jefferson Circuit Court and Jefferson County is located within the Western District of Kentucky.  The Complaint includes federal questions alleged under 42 U.S.C. §1983 alleging violations of Plaintiff's rights under the United States Constitution. Therefore, the case is removed pursuant to 28 U.S.C. 1441(c).

4. This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367 over any state claims alleged in Plaintiff's Complaint, as those claims are so related to the claims over which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

5. Metro Government was served in this action by way of certified mail on January 8, 2020. Therefore, removal of this action is timely pursuant to 28 U.S.C. § 1446 (b).

6. As required by 28 U.S.C. § 1446 (a), a copy of the Complaint and Summons and all other pleadings which have been received are attached to this Petition for Removal. The attached documents constitute all pleadings and other documents in the file of the Jefferson Circuit Court as of this date. The last Defendant served was on July 31, 2019 with the Complaint.

7. Written notice of the filing of this Notice of Removal is being served on Plaintiff and filed with Jefferson Circuit Court in accordance with the requirements of 28 U.S.C. § 1146(d).

WHEREFORE, Metro Government prays that the above-described action pending against it in State Court be removed to this Court.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

 /s/ *Susan K. Rivera*
SUSAN K. RIVERA
Assistant Jefferson County Attorney
531 Court Pl., Ste. 900
Louisville, KY  40202
(502) 574-3076
*Counsel for Defendants, Officer Tyler Gelnett and Louisville/Jefferson County Metro Government, et al.*

## CERTIFICATE

    I hereby certify that a true and correct copy of the foregoing was served electronically through the E-Filing system and mailed via First-Class Mail, postage prepaid, this 21st day of January, 2020, upon the following:

Shaun A. Wimberly, Sr.
Wimberly and Associates, PLLC
Waterfront Plaza, Suite 1816
Louisville, KY  40202
*Counsel for Plaintiff*

                                           /s/ Susan K. Rivera
                                           SUSAN K. RIVERA