NO. 20-CI-000087            JEFFERSON CIRCUIT COURT
                                                           DIVISION NINE (9)
                                       JUDGE JUDITH MCDONALD BURKMAN

**KALI COATES**                                                                               **PLAINTIFF**

v.                **NOTICE OF REMOVAL OF<br>CIVIL ACTION TO U.S. DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF KENTUCKY<br>AT LOUISVILLE**

**OFFICER TYLER GELNETT, et al**                                      **DEFENDANTS**

\* \* \* \* \* \* \*

TO:     Shaun A. Wimberly, Sr.
           Wimberly and Associates, PLLC
           Waterfront Plaza, Suite 1816
           Louisville, KY 40202
           *Counsel for Plaintiff*

Please take notice that the Notice of Removal and Petition for Removal, with exhibits, which are attached hereto, were filed in the United States District Court for the Western District of Kentucky at Louisville on January 21, 2020, by the Defendant, Louisville/Jefferson County Metro Government.

                                                           Respectfully submitted,

                                                           MICHAEL J. O'CONNELL
                                                           JEFFERSON COUNTY ATTORNEY

                                                           /s/ Susan K. Rivera
                                                           SUSAN K. RIVERA
                                                           Assistant Jefferson County Attorney
                                                           531 Court Pl., Ste. 900
                                                           Louisville, KY 40202
                                                           (502 574-3076
                                                           *Counsel for Defendants, Louisville/Jefferson*
                                                           *County Metro Government, et al.*

## CERTIFICATE

      It is hereby certified that a copy of the foregoing was mailed, postage prepaid, this 21st day of January, 2020, to the following person at the indicated address:

Shaun A. Wimberly, Sr.
Wimberly and Associates, PLLC
Waterfront Plaza, Suite 1816
Louisville, KY  40202
*Counsel for Plaintiff*

      /s/ Susan K. Rivera
      SUSAN K. RIVERA